IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MANUEL RAUL MONTERO,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 08-cv-336-WDS |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Petitioner, an inmate at the Federal Correctional Institution in Terre Haute, Indiana, brings this habeas action pursuant to 28 U.S.C. § 2241. He also seeks leave to proceed *in forma pauperis* (Doc. 2).

This case is now before the Court for a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts. Rule 4 provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases. After carefully reviewing the petition in the present case, the Court concludes that petitioner is not entitled to relief and the petition must be dismissed.

In this action, Petitioner names the current and two former Presidents of the United States as Respondents, but the Court is unable to determine what issues are raised in the petition, or what

relief Petitioner seeks. In summary, this habeas action is incomprehensible and it does not survive review under Rule 4. Accordingly, the motion for leave to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**DATED: July 15, 2008.**

                                          **s/ WILLIAM D. STIEHL**
                                                **DISTRICT JUDGE**