## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MANUEL RAUL MONTERO,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-336-WDS |
| | ) |
| **GEORGE W. BUSH,** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of Respondents and against Petitioner. Petitioner is to take nothing from this action.

| | |
|---|---|
| July 15, 2008. | By: s/ **WILLIAM D. STIEHL** |
| *Date* | *District Judge* |